IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01310-ZLW-KMT

RANDY LUCAS,

     Plaintiff,

v.

MR. ROBERT DICKMAN - Administrative Review Board Panel Member, CTCF;
MR. CHUCK MOSCHETTI - Administrative Review Board Panel Member, CTCF; and
MR. CHARLES OLIN - Administrative Review Board Panel Member, CTCF,

     Defendants.
_____

**ORDER**
_____

     The matter before the Court is Defendants' Combined Motion To Dismiss (Doc. No. 24). This motion was referred to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 72.1C. On May 13, 2009, the Magistrate Judge issued her Recommendation that Defendants' motion be granted and the action be dismissed with prejudice (Doc. No. 37). No party filed objections to the Recommendation.

     As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed *de novo* the Recommendation and accepts and adopts it in its entirety. Accordingly, it is

ORDERED that Defendants' Combined Motion To Dismiss (Doc. No. 24; Oct. 24, 2008) is granted.  It is

FURTHER ORDERED that Plaintiff's Complaint and cause of action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted.

DATED at Denver, Colorado, this 23rd day of June, 2009.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court